741 A.2d 196

**In re the Appeal of LYNNEBROOK AND WOODBROOK ASSOCIATES and Dack Realty Associates, Borough of Millersville.**

**E.G. Stoltzfus, Jr., Inc., Intervenor.**

**Appeal of Lynnebrook and Woodbrook Associates, Dack Realty Associates, Judith L. Landis and John Orlando.**

Supreme Court of Pennsylvania.

Argued Nov. 15, 1999.

Decided Dec. 10, 1999.

David E. Wagenseller, III, Shirk Reist Wagenseller Mecum, Lancaster, for Lynnebrook & Woodbrook Associates et al.

George T. Cook, Frank Vargish, Blakinger Blyer & Thomas, P.C., Lancaster, David H. Moskowitz, David H. Moskowitz & Associates, Malvern, for E.G. Stoltzfus, Intervenor.

Josele Cleary, Morgan Hallgren Crosswell & Kane, Lancaster, for Borough of Millersville.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

## *O R D E R*

PER CURIAM:

Appeal dismissed as having been improvidently granted.